Good morning. Good morning. May it please the court. My name is Ryan Norwood. I'm an attorney with the Federal Defender and I represent Mr. Hibbler In his petition, Ken Hibbler has made specific factual allegations that if true Demonstrated that he received ineffective assistance from his plea counsel No court has ever given the opportunity, if given Mr. Hibbler the opportunity to prove these allegations at an evidentiary hearing This case should be remanded so that Mr. Hibbler can have the opportunity to prove his allegations There's a an obstacle to that. He first has to establish that That he meets the requirements to have an evidentiary hearing. I Believe Judge Robinson you're referring to the 2254 D requirements in pinholster. Yes He needs to show that the state court decision is erroneous under either d1 or d2 based on the state court record It's not always clear what the distinction between d1 and d2 is but I believe that this is best seen as a d2 case This is a case where the state court's fact-finding procedures are themselves deficient In state court, Mr. Hibbler made the same allegations that he's now making his federal petition about what happened with his lawyers and Rather than hold a hearing on these well-put allegations the state courts simply dismiss them out of hand. So the state court Made it a Strickland determination and and under a d1 Setting we would say was the state court's application of Strickland objectively unreasonable Correct. Yes, and and in making that determination the state court was was saying these allegations are On their face not credible Or there's no prejudice if we look at the prejudice prong Isn't that don't we review that under d1? Because that's a really a legal question as to whether there's prejudice or not. I Agree that there is a d1 aspect to this with the prejudice prong But if you look at the Nevada Supreme Court's order and really the lower courts order to What they're doing is they're conducting the wrong prejudice inquiry. Mr. Hibbler is saying, you know, but for you know, this ineffective assistance I allege I received I would not have entered my plea and I would have instead elected to go to trial What the courts were doing is conducting a different inquiry into whether or not. Mr Hibbler would have ultimately been successful at that trial if he had it and the way to figure that out It's an issue of law then we can decide whether or not the ultimate determination that there was no prejudice of Unreasonable regardless of how the state court got there if the ultimate determination was not unreasonable Then don't we have to? deny the petition I Would disagree with that I mean what there are sometimes there are situations where we don't know how this the state court got to where they got and in that case their Harrington v Richter comes into play and we have to sort of imagine what a hypothetical court would have done But do we care as long as the state courts determination was not Contrary to or an unreasonable application of Supreme Court law Then the bottom line is what we look at is isn't it because our cases say the court doesn't even have to be aware Of the Supreme Court precedent as long as the result it reaches is not unreasonable In a case where there is a reasoned decision from the state for like in this one It's more than just the bottom line that we look at we look at the state courts actual reasoning They're okay Don't give me your best case authority to support your argument that we look Beyond the result and look at the reasoning in applying d1 I think you can look at any of a number of reasons Give me your best case that says we look beyond the result and determine whether or not the reasoning of the state court Was correct, what's your best case authority for that proposition just from this term? There's a there's a case called Wentzell v Lampert, which is a Brady case decided by the United States Supreme Court This is a case that ultimately goes against the petitioner that the Supreme Court says that remains it for more determinations But if you read the decision what everybody's talking about the majority in the dissent is what this the state Supreme Court actually said and The error identified in that case is that the the lower court didn't read the state Supreme Court opinion properly So the question the case is not ultimately whether some hypothetical court could have arrived at the same decision it's whether the state Supreme Court made this decision and To what extent that you have to look at what the decision says first and determine if that's reasonable or not If the Supreme if the state Supreme Court's reasoning is Is unreasonable under d1 or d2 or if it's contrary to federal law Then there's nothing to defer to because just like that case in your brief. I don't believe that I did I think it was decided after the case and you didn't cite it in your brief. It's decided after the briefing. I I could go through You don't have that much time let me ask you another question, so there are three in your brief There are three on appeal there are three different ineffective assistance of counsel Claims and did the state court on each of them make a ruling on prejudice or was it primarily based on? not deficient They put it aside both for each ground and so Give me can you just go through what was the the state courts prejudice ruling? What specifically did the state court say on the prejudice no prejudice? Well with ground one for example, which is the claim that has to do with the advice that mr. Hebler received from his plea counsel what the state court says is Well, you haven't proved that this defense that you wanted to present would have been successful at a trial That's not the correct prejudice inquiry under under Hildy Lockhart the question is But for the ineffective assistance that that the client alleges he received would he have not Would he have not taken the plea and that that's the point that mr. Hebler is making over and over again in his pleadings He understands perfectly well that there is a risk to having this conviction overturned, but mr. Hebler wanted to take that risk He wanted to be able to present a defense to the jury and his allegation is that by telling him that he had Absolutely, no defense in absolute terms That that his lawyer took that away from him Eventually, he didn't have the opportunity to make that decision to have the trial So you're arguing that the state court made an unreasonable application of Strickland under d1 Is that correct in that instance? Yes, okay And then under d2 We would have to say that the state courts failure to have an evidentiary Hearing on his claim that the lawyers told him there was no insanity defense in Nevada It was an unreasonable determination of the facts. Is that correct? Well, not just no insanity defense, but no defense at all Even if he couldn't have presented a legal insanity defense under Nevada law The state still had the burden to prove the mens rea of the offense beyond a reasonable doubt, but that's not a defense That's the state's obligation. So with no insanity defense, what would the defense have been? Defense can have sometimes a narrow meaning and sometimes a broader meaning We can talk about defense in the sense of, you know, a defense like insanity or self-defense or something like that What Mr. Hibbler is talking about is a broader definition Putting the state to its burden of proof as a defense. Is that is that what your argument is? His lawyers are telling him that there is no defense to this and the fair interpretation of that is not just that there isn't Some legal defense that you can present, but there's no way at all that you can win the trial And there's evidence in the record, I guess in the sentencing memorandum that in fact the lawyers were pursuing a Developing information about his mental capacity possible possibly bearing on insanity. So could the is it Unreasonable for the state court to determine that in light of the state of the record. It doesn't need to have an evidentiary hearing the claim your Answer that question on that same subject What evidence? Apart from the petitioner's own allegations that counsel told him he had no defense Is there any other evidence in the record before the state court? If I should I address the judge I can question first All right, please address. I was trying to piggyback on it. Please address hers first and then mine second I think I can I can address both in the same answer. I Think this is not necessarily a claim that the lawyers investigation was in itself deficient There is some indication in the record that the lawyers conducted some indication and they Some kind of investigation and they knew that there was something that could have been done insofar as the defense that mr Hibbler wanted to present which makes their alleged advice all the more unreasonable But the conversation that we're talking about here the conversation between mr Hibbler and his lawyers is something that doesn't otherwise appear in the record. What we have is mr Hibbler's representation as to what happened in that conversation It's the only thing on the subject the precise advice that he received but in many instances It's the only thing that we would expect to have there My point is that what we need to do is to have an evidentiary hearing to develop this fact So that if there's any contrary evidence to what mr. Hibbler is saying and right now there is none so that we can figure out what actually happened here, but you have to Establish that the state court was objectively unreasonable in its in not holding it an evidentiary hearing, right? What I would have to is because otherwise we're sending it back to the district court does nothing under Cullen be pinholster what I would have to establish is that the the State court was unreasonable under Taylor be Maddox and the argument here is that by just summarily resolving these allegations without allowing him to develop At a hearing the fact-finding was unreasonable that in and of itself constitutes an error under d2 All right counsel, you've exceeded your time. We will give you one minute for rebuttal. Thank you, Your Honor. We'll hear from the state Good morning, Your Honors. Good morning. My name is Jared Frost. I'm with the Office of the Attorney General in in Nevada It's my great pleasure to represent the respondents in this action This case presents three claims of ineffective assistance of counsel and while there are separate allegations of attorney error as to each claim  The petitioner has to show the same thing as to prejudice as to each of these claims that he but for counsel's actions He would have not pled guilty, but would have insisted on going to trial However, as this court is rightly focused on this this prejudice inquiry Hibbler's arguments on this point do not stand up to scrutiny First of all, this is a case in which the defendant attempted to kill his eight-year-old daughter with a razor blade Well, I know that was the government's theory, but the the Defendant's argument is that the state courts reasoning on the prejudice prong was erroneous. Is that correct? Do you agree with that? No, Your Honor the the Prejudice in this case for for two reasons. First of all that There was The defendants only defense in this case was that he was not going to be able to state was not going to be able to Prove that he had the requisite mental state because of his alleged suggestion of an anti-anxiety medication Called at Fionn. There's almost no support for this defense in the record. In addition. Mr Hibbler received a tremendous benefit in pleading guilty in this case originally charged with attempted murder first-degree kidnapping battery with Resulting in substantial bodily harm all with deadly weapons enhancements Hibbler was permitted to plead to one count of child abuse Resulting in substantial bodily harm a class B. Felony is largely because of counsel's appropriate representation In negotiating and encouraging Hibbler to accept this plea that he is a free man today and third But what was the state courts reasoning? What did the state courts say? Defense counsel the opposing counsel says well the state court said There was no prejudice because he would have lost at trial anyway, and he says that's the the wrong test Is that correct the state the state? Nevada Supreme Court did discuss the likelihood or the Absence of a likelihood that the defendant would have succeeded at trial that I believe is relevant To the question and goes to the ultimate issue of whether Hibbler has established a reasonable probability that in fact he would have Insisted on going to trial in this case this case The prejudice arguments here Are are quite weak and this court can and should deny the claims on that basis, so you're saying what the state court? said in effect was no rational defendant would have gone to trial given the strength of the government's case in the absence of defense and so You would have he would have taken a rational person would have taken the plea deal under these circumstances So no prejudice is that that's correct and and the The fact that the plea deal was quite generous that he avoided a much more The possibility of much harsher sentence in in taking the fleet now Mr.. Hibbler also complains at length that he was not permitted an evidentiary hearing in state court and Requests that this case be remanded to the federal district court for an evidentiary hearing This denial is of course reviewed under an abuse of discretion standard and Here the district court denied the request for an evidentiary hearing based on the United States Supreme Court's recent decision in colon v Penholzer right, but what defense counsel would Those a counsel is saying is that if we determine that the state courts Conclusion fact-finding Was unreasonable then we're relieved of edpa deference, and we do send it back to the district court Which would just determine whether an evidentiary hearing was? Applicable under the Townsend v. Sane factors, so so the real question is not what the district court did But whether the state court was unreasonable or not and so was the state court Unreasonable and not Engaging in an evidentiary hearing to determine whether Mr.. Hibbler's claims were had a basis or not No, your honor now the the state of court of course had discretion to determine on Based on the record that was presented to it whether an evidentiary hearing was necessary determined that no evidentiary hearing was necessary why? As as to the first claim it it determined that Mr.. Hibbler's Were belied by the record that his counsel told him that there was no defense to his charges Under Nevada law and of course as has already been pointed out that was based on counsel's pretrial preparation in Preparing an expert and preparing the defense based on the same Allegations now well perhaps debatable if we don't have Evidence from counsel in this case to refute what mr. Hibbler has has stated this was at least a reasonable determination and inference based on the record that was presented to the state district court and as well Mr.. Hibbler makes the argument that there is an exception to colon v pinholster when The it is the basically that the state courts fault that the the record is is is incomplete Respondents do not concede that this exception exists the only exception in pinholster Is that is provided for is where the state district court fails to review a claim on the merits however? Even if this exception did it did exist he doesn't meet that exception is you may remember there was an opportunity for Hibbler to Go forward on his motion to withdraw his guilty plea Counsel was appointed to investigate whether there was a basis to go forward with that plea when counsel reported back to the court that In her view there was no basis for this Hibbler accepted her representation and went forward with sentencing It was at that moment when if at any time he had the opportunity to say to the court I do not want to go forward with sentencing. I want to Challenge the validity of my guilty plea and I want to have some type of evidentiary hearing On it that was that was his time to do it instead He chose to go to go to sentencing and accepted the representations of counsel who was standing right next to him In addition to that there is no request for an evidentiary hearing in the state habeas petition that he filed there is no motion for an evidentiary hearing and what we do have is a request in his reply which even if it were proper is limited to A claim that is not before this court that that request is on page 293 of the excerpt And if there are no other questions that concludes my presentation any questions judge Nelson, no, thank you. It appears not counsel. Thank you Thank you rebuttal one minute You Had asked me a question earlier judge Rawlinson about the case authority for the the proposition I was making I did address this point On my opening brief on page 28 footnote 14 I cited early the Packer and Porter v. McCollum The proposition that we defer to a state court as far as that its own reasoning It's reasonable, but the state court doesn't make a decision and there's nothing to defer to or when the decision is unreasonable There's nothing to refer to I didn't have the chance to go into ground three which opposing counsel brought up This has to do what I want the point I want to make briefly is that ground three is not duplicative of the other grounds that what mr. Himmler is saying in essence is that he was deprived of the opportunity to file a pre-sentence Motion to withdraw his plea because of the ineffective advice he received from his lawyer But the the record does show that he's standing next to the lawyer The lawyers right there and the lawyer says there's no basis to withdraw the plea and he's and then the next question is Do you want this lawyer and he says yes So it's a pretty strong inference that he's on board with what she just said to the court The lawyer plainly misunderstands the standard for the pre-sentence motion. She seems to think you need to show manifest injustice That's that's the standard for a post-conviction motion, but not for a pre-conviction motion. So that's We can assume that's the advice. She's giving. Mr. Himmler to the thing about being misadvised by your lawyers You usually don't know you're being misadvised by your lawyer at the time So the fact that he's not speaking up then shouldn't be surprising Counsel, do you have the early case before you with you? I'm curious about the language that you're relying upon Early the Packer I believe is the case that says that that what's the specific language that you're relying upon because I have that case and I don't see anything that says we look at the reasoning of the state court to determine whether or not It met d1 or d2 I Believe what it says and I don't have the case right in front of me is that we defer the state court as long as Neither its reasoning nor its result Is is something that we can't defer to all right. Thank you. Thank you. Thank you to both counsel The case just argued is submitted for decision by the court The next case on calendar Hamilton versus juniors has been submitted on the breeze The next case on calendar for argument is United States versus Bravo Quavis
judges: Nelson, Rawlinson, Ikuta